JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN JOHN, | ED CV 25-1909 PA (MAAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DROPPIN HZ CAR AUDIO LLC, | |
| Defendant. | |

Pursuant to the Court's January 9, 2026 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: January 9, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE